IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SUSAN P. BRANTLEY, : | |
| : | |
| Plaintiff, : | |
| : | 5:03-CV-407 (CAR) |
| vs. : | |
| : | |
| THE CITY OF MACON, et. al., : | |
| : | |
| Defendants. : | |

*ORDER ON MOTION TO ALTER OR AMEND*

The present case is again before the Court on Defendants' motion [Doc. 62] to alter or amend the May 9, 2005 Order on Summary Judgment [Doc. 61]. Timely responses and replies have been filed with respect to this motion [See Docs 64 & 65]. Through the motion itself, Defendants request that this Court reconsider its previous decision to allow Plaintiff's claim for punitive damages to go forward. This Court, however, is not inclined to reconsider its ruling on this issue at this time, and the present motion will be **DENIED**.

The Court, of course, has in no way determined that Plaintiff is in fact entitled to receive punitive damages in this case; rather, on summary judgment, this Court merely concluded that Defendants had failed to establish that there was no triable issue with respect to this claim.[1]  The Court will, for the time being, stand by that conclusion. Even so, Defendants shall feel free to renew this motion during the trial of this case. The Court

---

[1] The Court based this conclusion on the totality of the evidence at bar and not necessarily an incident-by-incident review as Defendants now suggest.

will then, based on the evidence presented at trial, determine whether the issue of punitive damages should be sent to the jury. The Court may, at that time, determine that reconsideration of its previous ruling is necessary; but, any such reconsideration will simply be reserved until then.

**SO ORDERED** this 19th day of July, 2005.

s/ C. Ashley Royal<br>
C. ASHLEY ROYAL<br>
United States District Judge

JLR